# United States Bankruptcy Court
### Eastern District of Michigan

In re **Mark R Henry**  
Debtor(s)

Case No. **07-30470**  
Chapter **13**

## MOTION TO CONVERT A CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **February 12, 2007**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date **May 19, 2010**

Signature **/s/ Mark R Henry**  
**Mark R Henry**  
Debtor

Attorney **/s/ Scott Stensaas**  
**Scott Stensaas**

**Scott Stensaas, PC**  
**1044 N Irish Road, Suite A**  
**Davison, MI 48423-3181**  
**(810) 653-9036**  
**Fax: (810) 658-2444**  
**scotsten@aol.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

In Re: Mark R Henry                      Chapter 13
                                                       Case No. 07-30470
                     Debtor(s)            Honorable Daniel Opperman

___

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2010 I, Alicia M. Ratliff, electronically filed the following documents:

- ► Motion to Convert a Case Under Chapter 13 to Chapter 7

with the Clerk of the Court using the ECF system, which will send notification to the following:

- ► Carl L Bekofske, Trustee

and I hereby certify that I, Alicia M. Ratliff, have mailed by United States Postal Service the following non-ECF participants:

- ► none


May 19, 2010                                             /s/ Alicia M Ratliff
Date                                                       Alicia M. Ratliff
                                                      Legal Assistant for Scott Stensaas, PC
                                                      1044 N Irish Road, Suite A
                                                      Davison, Michigan 48423-3181
                                                      (810) 653-9036
                                                      scotsten@aol.com